UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY WILLIAM CROUCHMAN,

    Petitioner,

v.                                          Case No: 8:15-cv-390-T-30TBM

R.L. BUTCH CONWAY,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court upon Petitioner Jeffrey William Crouchman's Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis*. On February 24, 2015, Petitioner filed a motion pursuant to 28 U.S.C. § 2241, contending that his current detention in Lawrenceville, Georgia, was being adversely affected by erroneous reports of a prior 2010 Florida state conviction listed with the National Crime Information Center. Petitioner seeks for this Court to mandate that the appropriate agency correct the erroneous information listed with the National Crime Information Center. Because Petitioner has filed his petition in the wrong jurisdiction, his petition should be dismissed without prejudice.

A petition filed under § 2241, should be filed in the district of confinement. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). Currently, Petitioner is confined in Lawrenceville, Georgia, which is not within this Court's jurisdiction. Because this Court

does not have jurisdiction over the petition, it is dismissed without prejudice for Petitioner to file his petition with the appropriate district court.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of March, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-390 (T) Crouchman v. USA. Dismiss.docx